IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No.16-cv-02703-CMA-SBP (consolidated for pretrial purposes with Civil Action No. 17-cv-01195-CMA-SBP, Cocona, Inc. v. Columbia Sportswear Company)

COCONA, INC., a Delaware corporation,

Plaintiff,

v.

VF OUTDOOR, LLC, a Delaware limited liability company,

Defendant.

## ORDER

This patent infringement matter is before the Court on Plaintiff's Response to Order to Show Cause. (Doc. # 181.)

The Court has determined it does not have jurisdiction over the unasserted claims in this matter. (Doc. # 180.) *See Ameranth, Inc. v. Dominos Pizza, LLC*, 792 F. App'x 780, 784-85 (Fed. Cir. 2019) (finding no subject matter jurisdiction to determine the validity of claims that were not asserted in the pleadings and did not appear in the plaintiff's infringement contentions).

In the Response to Order to Show Cause, Plaintiff agrees that judgment may enter in favor of Defendants on the grounds that the asserted claims are invalid, as found by the Court in its Amended Order on Claim Construction (ECF No. 17).

Accordingly, the Clerk is directed to enter judgment in favor of Defendants VF Outdoor, LLC, and Columbia Sportswear Company, and against Plaintiff pursuant to the Amended Order on Claim Construction (ECF No. 176) only on the asserted claims in these matters.

DATED: February 5, 2025

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge